PER CURIAM:

H. Kyle Fletcher, counsel for Samuel M. Eid, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Eid's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Samuel M. EID, a.k.a. Sammy, a.k.a.**
**Said Eid, Defendant–Appellant.**

**No. 06–13086**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 9, 2007.

H. Kyle Fletcher, Oviedo, FL, for Plaintiff–Appellee.

Yvette Rhodes, Tampa, FL, for Defendant–Appellant.

Before WILSON, PRYOR and FAY,
Circuit Judges.